UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES ALVIN CUMMINGS, JR. | CIVIL ACTION |
| VERSUS | NO. 09-6129 |
| DEPUTY MICAH BLANGE, DEPUTY GOINGS, ET AL | SECTION "A" (4) |

## **O R D E R**

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the **Motion to Dismiss (Rec. Doc. 51)** filed by the defendant, Nurse Paula, pursuant to Fed. R. Civ. P. 12(b)(6) be **GRANTED** and that the 42 U.S.C. § 1983 claims against her be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, Tuesday, September 14, 2010.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE